1 | **JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
2 | **Carmichael, CA   95608**
**916/488-3030**
3 | **916/489-9297 fax**

4 | **Attorney for Plaintiff**
**AMIL CHOUCKEH**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| AMIL CHOUCKEH, | No.   2:12-CV-0088-DAD |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND EXTENDING DATE OF** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 24, 2012.

    This is the first extension.

Dated: August 10, 2012              */s/   Jesse S. Kaplan*
                                                                                   JESSE S. KAPLAN
                                                                                  Attorney for Plaintiff

Dated: August 10, 2012               */s/ per e-mail authorization*

                                                                                  DANIEL TALBERT
                                                                                  Special Assistant U.S. Attorney
                                                                                  Attorney for Defendant

**ORDER**

Based on the parties' stipulation, IT IS ORDERED that plaintiff's motion for summary judgment is due August 24, 2012,

SO ORDERED.

DATED: August 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\chouckeh0088.stip.eot.wpd