1  **JESSE S. KAPLAN     CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **AMIL CHOUCKEH**

5

6

7

8               **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**
                            **-o0O0o-**
10

11 **AMIL CHOUCKEH,**                     **No.   2:12-CV-0088-DAD**

12               **Plaintiff,**
                                          **STIPULATION AND ORDER**
13                                        **EXTENDING PLAINTIFF'S**
                                          **TIME TO FILE**
14 **v.**                                 **MOTION FOR SUMMARY**
                                          **JUDGMENT AND EXTENDING**
15 **MICHAEL ASTRUE,**                    **DATE OF**
      **Commissioner of Social Security,**
16
                 **Defendant.**
17 _____/

18         IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for

20 summary judgment is extended to August 24, 2012.

21         This is the first extension.

22 Dated: August 10, 2012              /s/   Jesse S. Kaplan
                                       JESSE S. KAPLAN
23                                     Attorney for Plaintiff

24
   Dated: August 10, 2012               /s/ per e-mail authorization
25
                                       DANIEL TALBERT
26                                     Special Assistant U.S. Attorney
                                       Attorney for Defendant
27

28

                                            1

## **ORDER**

Based on the parties' stipulation, IT IS ORDERED that plaintiff's motion for summary judgment is due August 24, 2012,

SO ORDERED.

DATED: August 14, 2012.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\chouckeh0088.stip.eot.wpd

2