**JESSE S. KAPLAN CSB# 103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff**
**AMIL CHOUCKEH**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| AMIL CHOUCKEH, | No.  CIV S-12-0088-DAD |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY BRIEF BY THREE DAYS** |
| v. | |
| MICHAEL ASTRUE, **Commissioner of Social Security,** | |
| Defendant. / | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 5, 2012.

    This is the first extension.

Dated: October 2, 2012                                          */s/   Jesse S. Kaplan*
                                                                             JESSE S. KAPLAN
                                                                             Attorney for Plaintiff

1 | Dated: October 2, 2012               /s/ per e-mail authorization
2 |                                      DANIEL TALBERT
                                         Special Assistant U.S. Attorney
3 |                                      Attorney for Defendant

ORDER

IT IS SO ORDERED.

DATED: October 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\chouckeh0088.stip.eot2.wpd