**JESSE S. KAPLAN CSB# 103726**
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff**
**AMIL CHOUCKEH**

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| AMIL CHOUCKEH, | No. CIV S-12-0088-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY BRIEF BY THREE DAYS |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 5, 2012.

    This is the first extension.

Dated: October 2, 2012                              */s/   Jesse S. Kaplan*
                                                                                  JESSE S. KAPLAN
                                                                                  Attorney for Plaintiff

1 | Dated: October 2, 2012                    /s/ per e-mail authorization
2 |                                            DANIEL TALBERT
  |                                            Special Assistant U.S. Attorney
3 |                                            Attorney for Defendant

6                                    <u>ORDER</u>

8    IT IS SO ORDERED.
9  DATED: October 3, 2012.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

14  Ddad1\orders.soc sec\chouckeh0088.stip.eot2.wpd

2